**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Justin Newcomb, | Civ. No. 24-876 (JWB/TNL) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| B. Eischen, | |
| Respondent. | |

United States Magistrate Judge Tony N. Leung issued a Report and Recommendation ("R&R") on April 4, 2024. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The April 4, 2024 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

2. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 29, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge